THE PEOPLE OF THE STATE OF NEW YORK ex rel. ANTHONY F. MULDOON, Respondent, *v.* RHINELANDER WALDO, as Police Commissioner of the City of New York, Appellant.

*People ex rel. Muldoon* v. *Waldo*, 166 App. Div. 936, affirmed.
(Argued April 14, 1915; decided May 11, 1915.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered January 15, 1915, which sustained a writ of certiorari and annulled a determination of the defendant imposing a fine upon the relator, a police sergeant. The relator was tried on charges that he, a sergeant of police, on December 28, 1912, directed a patrolman to accompany him to the dock of a steamship company for the purpose of assisting in the regulation of a line of persons formed for the purpose of having tickets stamped, thereby causing the absence of the said patrolman from his post and policing the private property of a corporation without authority from the police commissioner, and (second) that the relator absented himself from patrol duty on the

day specified and went upon the dock of a steamship line and assisted in the regulation of a line of persons formed for the purpose of having tickets stamped, thereby policing private property of a corporation without authority from the police commissioner and in neglect of his duty during his tour of patrol.

*Frank L. Polk, Corporation Counsel (Thomas F. Magner* of counsel), for appellant.

*Florence J. Sullivan* for respondent.

Order affirmed, with costs; no opinion.

Concur: WERNER, HISCOCK, CHASE, COLLIN, HOGAN, MILLER and CARDOZO, JJ.